226 So.2d 923

**STATE of Louisiana**

**v.**

**Bobby J. STANLEY.**

No. 50163.

Oct. 14, 1969.

In re: Bobby J. Stanley applying for writ of certiorari.

Writ refused. No error in the judgment complained of.

226 So.2d 924

**STATE of Louisiana**

**v.**

**Phillip BORDELON.**

No. 50164.

Oct. 14, 1969.

In re: Phillip Bordelon applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

The application is denied. There is no error in the ruling complained of.